**No. 59445.**—A. Bram, Inc., and S. H. Pomerance Co., Inc., et al. *v.* United States, protests 195398–K, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of opaque white glass stones, faceted, similar in all material respects to those the subject of Abstract 59105, the claim of the plaintiffs was sustained.